UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) MAGISTRATE NO. 22-1217 |
| | ) |
| V. | ) |
| Richard Freeman | ) CRIMINAL ACTION |
| | ) |
| | ) ORDER FOR CONTINUANCE |
| | ) PRETRIAL DIVERSION |
| | ) PROGRAM |
| | ) |

This matter having been opened to the Court by, _____, attorney for defendant, for an Order granting a continuance of the above-captioned proceeding to allow the United States to properly review and process the defendant's application for the Pretrial Diversion Program, and the Special Assistant United States Attorney, having consented to the form and entry of this Order, and for good and sufficient cause shown.

It is on this 1st day of December, 2022

ORDERED that this action is continued to ~~February 2, 2023~~ * for the following reasons:

1. Defendant is currently under consideration for the Pretrial Diversion Program and time is necessary for the review and processing of his/her application;

2. Pursuant to 18 U.S.C. 3161(h)(7)(A), the end of justice served by granting the continuance outweigh the best interest of the public and the defendant in a Speedy Trial.

IT IS FURTHER ORDERED that the period between the date of this Order and the continued date shall be excludable in computing time under the Speedy Trial Act of 1974.

CONSENT:

/s/ Richard Freeman
Defendant

/s/ William Wackowski
Defense Counsel

/s/ Luke Wilson
Special Assistant U.S. Attorney

_____
Honorable Matthew J. Skahill
U.S. Magistrate Judge

12/1/2022
Date

\* Through the successful completion of Pretrial Diversion or, if not admitted or unsuccessful, through the next court appearance as further detailed on the record.